IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BREON M. PATTERSON, )<br>       Plaintiff(s), )<br>v. )<br>DERRAL ADAMS, Acting Warden, )<br>       Defendant(s). ) | No. C 09-5405 CRB (PR)<br><br>ORDER |

On August 2, 2010, plaintiff filed an opposition to defendants' motion to dismiss and a motion for leave to amend his complaint. Defendants shall file a reply to plaintiff's opposition, and a response to the motion for leave to amend, by no later than August 27, 2010.

SO ORDERED.

DATED: Aug. 5, 2010

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.09\Patterson, B1.or1.wpd